**Order entered February 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00023-CV

### IN RE VERP INVESTMENT, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03874**

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the writ of mandamus. We **ORDER** the trial judge, the Honorable Dale Tillery, Judge of the 134th Judicial District Court, Dallas County, Texas, to **VACATE** his October 27, 2014 "Order Granting Plaintiff's Motion to Compel." Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this orde**r, a certified copy of his order issued in compliance with this order. We order Lan Hung Nguyen, Individually and d/b/a Dance With Me Studio to bear the costs of this original proceeding.

/s/      ADA BROWN
           JUSTICE